UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST SHEET METAL
WORKERS ORGANIZATIONAL TRUST, *et al.*,

        Plaintiffs,

   v.

D.J. MECHANICAL, INC.,

        Defendant,

PAC WEST MECHANICAL, LLC,

        Garnishee.

NO. MC19-0072RSL

ORDER DECLINING TO ENTER JUDGMENT

This matter comes before the Court on plaintiffs' "Application for Judgment and Order to Pay." Dkt. #8. There being no evidence of the garnishee's answer in the record, the Court declines to enter judgment. Plaintiffs shall have thirty days from the date of this Order in which to submit evidence of the garnishee's answer and renew their request for entry of judgment. If a timely request is not filed, the writ of garnishment will be vacated.

Dated this 22nd day of August, 2019.

*[signature]*
Robert S. Lasnik
Unites States District Judge

ORDER DECLINING TO ENTER JUDGMENT - Page 1