UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST SHEET METAL
WORKERS ORGANIZATIONAL TRUST,
*et al.*,

Plaintiffs,

v.

D.J. MECHANICAL, INC.,

Defendant,

PAC WEST MECHANICAL, INC.,

Garnishee.

NO. MC19-0072RSL

ORDER VACATING WRIT OF
GARNISHMENT

This matter comes before the Court on plaintiffs' "Application for Judgment on Answer and Order to Pay." Dkt. #8. On August 22, 2019, the Court declined to enter judgment on the ground that there was no evidence of the garnishee's answer in the record. Plaintiffs were given thirty days in which to submit the necessary evidence and renew their request for entry of judgment. Although evidence of the garnishee's answer was timely submitted (Dkt. #10), plaintiffs have not renewed their request for entry of judgment. The writ of garnishment in the above-captioned matter (Dkt. #6) is hereby VACATED.

Dated this 3rd day of October, 2019.

*Robert S. Lasnik*

Robert S. Lasnik
Unites States District Judge

ORDER VACATING WRIT OF GARNISHMENT - Page 1